**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NARKEITA PEOPLES,

    Plaintiff,

v.                                                Case No. 6:23-cv-724-RBD-DCI

QUEST DIAGNOSTICS
INCORPORATED,

    Defendant.
_____

**ORDER OF DISMISSAL**

    The parties have filed a stipulation of dismissal (Doc. 26). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

    Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on November 30, 2023.



ROY B. DALTON, JR.
United States District Judge